SEALED



FILED
APR 13 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:  ) | |
| ) | |
| 8130 BERRY AVENUE SUITE 130  ) | ORDER RE: REQUEST TO SEAL |
| SACRAMENTO, CALIFORNIA 95828  ) | DOCUMENTS |
| ) | |
| ) | UNDER SEAL |
| ) | |
| ) | 2:12-SW-0185  GGH |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: April 13, 2012

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge

3